UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OHIO SECURITY INSURANCE COMPANY, et. al.,** : | |
| : | |
| Plaintiffs, | |
| : | Case No.: 1:22-cv-01435-RDM |
| v. | |
| : | |
| **CONTINENTAL CONSTRUCTION, INC., et. al.,** : | |
| Defendants. : | |

## PLAINTIFFS' MOTION TO EXTEND FACT DISCOVERY DEADLINE

Plaintiffs Ohio Security Insurance Company and American Fire and Casualty Company, through counsel, and pursuant the Court's Standing Order, hereby file this Motion to Extend the Fact Discovery Deadline, and for their reasons, state:

1. Under the current Scheduling Order, fact discovery closes May 22, 2023. While the parties have made substantial progress resolving and narrowing the scope of their discovery differences, supplementing discovery, and have entered into deposition discovery, there still remains outstanding discovery that will need to be completed in order to prepare this case for continuing depositions, resolution discussions, dispositive motions, and/or trial. Plaintiffs, therefore, are constrained to seek additional time to complete the fact discovery that remains outstanding.

2. Beginning on May 1, and then again on May 15, 17, 21, 2024, the undersigned attempted to confer with opposing counsel to seek consent to enlargement of the fact discovery period in order to facilitate supplementation of written discovery and continuation of party depositions in this matter. As of the filing of this motion, opposing counsel has not replied with his client's position regarding same.

3. Consequently, Plaintiffs respectfully request that the current Scheduling Order be modified to extend the deadline for completing fact discovery to August 22, 2024 in order to complete this outstanding discovery.

4. Plaintiffs contend that good cause exists for granting the relief herein requested, as the parties require additional time to complete the necessary discovery to prepare their respective cases.

5. Moreover, no party will be prejudiced as a result of the relief requested herein.

WHEREFORE, for the foregoing reasons, Plaintiffs Ohio Security Insurance Company and American Fire and Casualty Company respectfully request that this honorable Court grant this Motion to Extend Fact Discovery Deadline.

Dated: May 21, 2024                           Respectfully submitted,

                                                        */s/ Robert S. Morter*
James C. Mehigan, Bar #: 480691
Robert S. Morter, Bar #:  474337
Mehigan Law Group PLLC
11921 Freedom Drive
Suite 550
Reston, Virginia  20190
(703) 774-7281
jmehigan@mehiganlawgroup.com
bob@mehiganlawgroup.com
*Attorneys for Plaintiffs*


                                                        */s/ Abdullah H. Hijazi*
Abdullah H. Hijazi, (admitted *pro hac vice*)
HIJAZI & CARROLL, P.A.
3231 Superior Lane, Suite A-26
Bowie, Maryland 20715
(301) 464-4646
ahijazi@hzc-law.com
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on May 21, 2024 a copy of the foregoing was served via ECF to all parties of record.

               */s/ Robert S. Morter*
               Robert S. Morter