UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **OHIO SECURITY INSURANCE COMPANY, et. al.,** | : | |
| | : | |
| Plaintiffs, | | |
| | : | Case No.: 1:22-cv-01435-RDM |
| v. | | |
| | : | |
| **CONTINENTAL CONSTRUCTION, INC., et. al.,** | : | |
| | | |
| Defendants. | : | |

## [Proposed] ORDER

IN CONSIDERATION of Plaintiffs Ohio Security Insurance Company and American Fire and Casualty Company's Motion to Extend Fact Discovery Deadline, and any opposition thereto, it is this ____ day of _____, 2024 hereby:

ORDERED that the motion be and is hereby GRANTED; and it is further

ORDERED that the fact discovery closes on August 22, 2024.


Copies by ECF to:

James C. Mehigan, Esquire
Robert S. Morter, Esquire
Abdullah Hijazi, Esquire