UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OHIO SECURITY<br>INSURANCE COMPANY, et. al., | :<br>:<br>: |
| Plaintiffs, | :<br>:  Case No.: 1:22-cv-01435-RDM |
| v. | :<br>: |
| CONTINENTAL<br>CONSTRUCTION, INC., et. al., | :<br>: |
| Defendants. | : |

### PLAINTIFFS' SUPPLEMENT TO
### MOTION TO EXTEND FACT DISCOVERY DEADLINE

Plaintiffs Ohio Security Insurance Company and American Fire and Casualty Company, through counsel, hereby file this Supplement to their Motion to Extend the Fact Discovery Deadline, and for their reasons, state:

1.	Shortly after the filing of Plaintiffs' Motion to Extend Fact Discovery Deadline, counsel for Defendants contacted the undersigned and communicated his clients' consent to the relief sought therein.

2.	Given the consent of all parties to the modification of the scheduling order to enlarge the discovery period by an additional ninety (90) days, Plaintiffs respectfully request that the Court, in its discretion, grant Plaintiffs' motion.

WHEREFORE, for the foregoing reasons, Plaintiffs Ohio Security Insurance Company and American Fire and Casualty Company respectfully request that this honorable Court grant this Motion to Extend Fact Discovery Deadline.

Dated: May 21, 2024 	Respectfully submitted,

	*/s/ Robert S. Morter*
	James C. Mehigan, Bar #: 480691
	Robert S. Morter, Bar #:  474337
	Mehigan Law Group PLLC
	11921 Freedom Drive
	Suite 550
	Reston, Virginia  20190
	(703) 774-7281
	jmehigan@mehiganlawgroup.com
	bob@mehiganlawgroup.com
	*Attorneys for Plaintiffs*


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 21, 2024 a copy of the foregoing was served via ECF to all parties of record.


	 */s/ Robert S. Morter*
	Robert S. Morter

2