UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **OHIO SECURITY INSURANCE COMPANY, et. al.,** | : | |
| | : | |
| Plaintiffs, | : | Case No.: 1:22-cv-01435-RDM |
| v. | : | |
| **CONTINENTAL CONSTRUCTION, INC., et. al.,** | : | |
| Defendants. | : | |

### [Supplemental Proposed] ORDER

IN CONSIDERATION of Plaintiffs Ohio Security Insurance Company and American Fire and Casualty Company's Motion to Extend Fact Discovery Deadline, and with the consent of the Defendants herein, it is this ____ day of _____, 2024 hereby:

ORDERED that the motion be and is hereby GRANTED; and it is further

ORDERED that the fact discovery closes on August 22, 2024.

Copies by ECF to:

James C. Mehigan, Esquire
Robert S. Morter, Esquire
Abdullah Hijazi, Esquire